| Cause #: | 2014-09053 | | Court # | 245TH | Judgment Date: | 6/23/2014 |
|---|---|---|---|---|---|---|
| Volume: | | | Page: | | Image #: | 61312148 |
| Due Date: | 1/21/2015 | | Attorney Bar No: | 24087494 | | |

Assigned to    FIRST    Court of Appeals

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/2/2015 9:59:27 AM
CHRISTOPHER A. PRINE
Clerk

| | |
|---|---|
| Date Findings of Facts/Mtn of Modify/Mtn New Trial filed? | N/A |
| Request for Transcript Filed?    NONE | BC |
| Notice of Appeal previously filed? N | C |
| Number of Days:    30 | OA |
| File Ordered: | H (Pauper's Oath filed) |
| Notes: Restricted Appeal | |

BC      Notice of Appeal filed
BG      Notice of Appeal filed – Government
C       Appealing Final Judgment
D -     Accelerated Appeal
OA       No Clerk's Record Request filed
O – Clerk's Record Request filed (w/Notice of Appeal)

## NO.2014-09053

| CLELIA DE LA CRUZ | § | IN THE DISTRICT COURT |
|---|---|---|
| Appellant | § | |
| | § | |
| v. | § | 245TH JUDICIAL DISTRICT |
| | § | |
| JOSE LUIS DURAN | § | |
| Appellee | § | HARRIS COUNTY, TEXAS |

## RESPONDENT'S NOTICE OF RESTRICTED APPEAL

TO THE HONORABLE CHRIS DANIEL, HARRIS COUNTY DISTRICT CLERK:

CLELIA DE LA CRUZ, Respondent, files this Notice of Restricted Appeal pursuant to Rule

26 of the Texas Rules of Appellate Procedure and Section 109.002 of the Texas Family Code and

shows as follows:

## DISCUSSION

1. The trial court is the 245th District Court of Harris County, Texas. The trial court's case

number is 2014-09053. The style of the cause in the court is *In the Matter of the Marriage of Jose

Luis Duran and Clelia De La Cruz And In the Interest of Angel Luis Duran and Alicia Rebecca

Duran, Children.*

2. The date of the judgment from which this restricted appeal is taken is June 23, 2014.

3. CLELIA DE LA CRUZ, Appellant, desires to appeal the trial court's Judgment.

4. This appeal is taken to either the First or Fourteenth Court of Appeals at Houston, Texas.

5. Kimberly A. Hegwood is the party filing this Notice.

6. This is not an accelerated appeal.

7. Appellant is a party affected by the trial court's judgment and did not participate in person

or through counsel in the hearing that resulted in the judgment complained of.

8.    Appellant did not timely file a postjudgment motion, request for findings of fact and conclusions of law, or notice of appeal.

9.    Appellant has filed an Affidavit of Indigence.

Respectfully submitted,

**Hegwood & Associates, P.C.**

Kimberly A. Hegwood
State Bar No. 00798248
Becca Weitz
State Bar No. 24087494
950 Gemini, Suite 6
Houston, Texas 77058
Tel: (281) 218-0880
Fax: (281) 938-1785
*Attorney for Respondent*

## Certificate of Service

This is to certify that a true and correct copy of the foregoing Notice of Restricted Appeal has been delivered on December 22, 2014 by facsimile transmission pursuant to Texas Rules of Appellate Procedure 9.5(b) to the following:

Stephen Lekas                                                    By Facsimile (713) 671-9496
STEPHEN LEKAS ATTORNEY AT LAW
6001 Clinton Drive
Houston, Texas 77020
Attorney for Petitioner

and that a copy of the foregoing Notice of Restricted Appeal has been sent by certified mail return receipt requested to the following appellate court clerks on December 22, 2014:

Christopher A. Prine, Clerk of the Court          CMRRR# 94148106999945007307088
FIRST COURT OF APPEALS
301 Fannin Street
Houston, Texas 77002

Clerk of the Court                                        CMRRR# 94148106999945007307118
FOURTEENTH COURT OF APPEALS
301 Fannin Street, Room 245
Houston, Texas 77002

<u>NO.2014-09053</u>

| | | |
|---|---|---|
| CLELIA DE LA CRUZ<br>Appellant | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| v. | § | 245TH JUDICIAL DISTRICT |
| | § | |
| JOSE LUIS DURAN<br>Appellee | § | |
| | § | HARRIS COUNTY, TEXAS |

<u>RESPONDENT'S NOTICE OF RESTRICTED APPEAL</u>

TO THE HONORABLE CHRIS DANIEL, HARRIS COUNTY DISTRICT CLERK:

CLELIA DE LA CRUZ, Respondent, files this Notice of Restricted Appeal pursuant to Rule 26 of the Texas Rules of Appellate Procedure and Section 109.002 of the Texas Family Code and shows as follows:

<u>DISCUSSION</u>

1.      The trial court is the 245th District Court of Harris County, Texas. The trial court's case number is 2014-09053. The style of the cause in the court is *In the Matter of the Marriage of Jose Luis Duran and Clelia De La Cruz And In the Interest of Angel Luis Duran and Alicia Rebecca Duran, Children.*

2.      The date of the judgment from which this restricted appeal is taken is June 23, 2014.

3.      CLELIA DE LA CRUZ, Appellant, desires to appeal the trial court's Judgment.

4.      This appeal is taken to either the First or Fourteenth Court of Appeals at Houston, Texas.

5.      Kimberly A. Hegwood is the party filing this Notice.

6.      This is not an accelerated appeal.

7.      Appellant is a party affected by the trial court's judgment and did not participate in person or through counsel in the hearing that resulted in the judgment complained of.

8. Appellant did not timely file a postjudgment motion, request for findings of fact and conclusions of law, or notice of appeal.

9. Appellant has filed an Affidavit of Indigence.

Respectfully submitted,

**Hegwood & Associates, P.C.**

Kimberly A. Hegwood
State Bar No. 00798248
Becca Weitz
State Bar No. 24087494
950 Gemini, Suite 6
Houston, Texas 77058
Tel: (281) 218-0880
Fax: (281) 938-1785
*Attorney for Respondent*

## Certificate of Service

This is to certify that a true and correct copy of the foregoing Notice of Restricted Appeal has been delivered on December 22, 2014 by facsimile transmission pursuant to Texas Rules of Appellate Procedure 9.5(b) to the following:

Stephen Lekas                                                              By Facsimile (713) 671-9496
STEPHEN LEKAS ATTORNEY AT LAW
6001 Clinton Drive
Houston, Texas 77020
Attorney for Petitioner

and that a copy of the foregoing Notice of Restricted Appeal has been sent by certified mail return receipt requested to the following appellate court clerks on December 22, 2014:

Christopher A. Prine, Clerk of the Court                   CMRRR# 94148106999945007307088
FIRST COURT OF APPEALS
301 Fannin Street
Houston, Texas 77002

Clerk of the Court                                                       CMRRR# 94148106999945007307118
FOURTEENTH COURT OF APPEALS
301 Fannin Street, Room 245
Houston, Texas 77002

```
JUFC7 (NSK#)      JUSTICE INFORMATION MANAGEMENT SYSTEM      DEC 31, 2014(C1)
INT6510                   CIVIL CASE INTAKE              OPT: _____ -  INT
                       GENERAL PARTY INQUIRY            PAGE:   1 -    1

CASE NUM: 201409053__ PJN> __  TRANS NUM: _____ CURRENT COURT: 245 PUB? _
CASE TYPE: DIVORCE WITH CHILDREN         CASE STATUS: CASE ON APPEAL
STYLE: DURAN, JOSE LUIS                  VS CRUZ, CLELIA DE LA
==============================================================================
                       **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR       PERSON NAME              PTY    ASSOC. ATTY
  NUM   NUMBER                                           STAT
_     00003-0001 RPT 88880065 HAMMONS, REBECCA
_     00002-0001 DEF           CRUZ, CLELIA DE LA              D
_     00001-0001 PLT 12188400 DURAN, JOSE LUIS                       LEKAS, STEPHE




==> (3) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP


JUFC7 (NSK#)      JUSTICE INFORMATION MANAGEMENT SYSTEM      DEC 31, 2014(C1)
INT6510                   CIVIL CASE INTAKE              OPT: _____ -  INT
                       GENERAL PARTY INQUIRY            PAGE:   1 -    1

CASE NUM: 201409053__ PJN> __  TRANS NUM: _____ CURRENT COURT: 245 PUB? _
CASE TYPE: DIVORCE WITH CHILDREN         CASE STATUS: CASE ON APPEAL
STYLE: DURAN, JOSE LUIS                  VS CRUZ, CLELIA DE LA
==============================================================================
                       **** ACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR       PERSON NAME              PTY    ASSOC. ATTY
  NUM   NUMBER                                           STAT




==> (0) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```